UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Mechelle Booth**, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Kohl's Department Stores, Inc.** )<br>)<br>**Defendant.** ) | **Cause No. 1:19-CV-04421-JMS-DLP** |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a), Plaintiff Mechelle Booth and Defendant Kohl's Department Stores, Inc., hereby stipulate to the dismissal *with prejudice* of all claims in the above styled action.

This stipulation is effective with respect to Plaintiff and his successors, assigns and/or affiliates.

The parties shall be responsible only for their own costs and fees.

**SIGNATURES ON FOLLOWING PAGE**

Dated:  December 2, 2019

                */s/ Cherry Malichi*

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I certify that on 2nd day of December, 2019, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

  *Attorneys for Plaintiff*

                */s/Cherry Malichi*

6003471v.1