UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Mechelle Booth**,       ) | | Cause No. 1:19-CV-04421-JMS-DLP |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | Dismissal with prejudice acknowledged [8]. JMS, CJ, 12/2/19 Distribution via ECF |
| v.       ) | | |
| ) | | |
| **Kohl's Department Stores, Inc.** ) | | |
| ) | | |
| **Defendant.** ) | | |

### STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a), Plaintiff Mechelle Booth and Defendant Kohl's Department Stores, Inc., hereby stipulate to the dismissal *with prejudice* of all claims in the above styled action.

This stipulation is effective with respect to Plaintiff and his successors, assigns and/or affiliates.

The parties shall be responsible only for their own costs and fees.

**SIGNATURES ON FOLLOWING PAGE**

Dated:  December 2, 2019

          */s/ Cherry Malichi*

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I certify that on 2nd day of December, 2019, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    *Attorneys for Plaintiff*

         */s/Cherry Malichi*

6003471v.1